Elizabeth Lehde and John Lehde, Respondents, v. Louisa Boerger, Individually and as Administratrix, etc., of Henry Lehde, Deceased, and Allie Ray Bennett, Appellants.—Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. Robert A. Toms, Respondent, v. The Board of Supervisors of Erie County, Appellant.—Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

William H. McRorie, an Infant, Respondent, v. William H. Monroe, Appellant.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of Elnora Deshler, an Alleged Incompetent Person.—Appeal dismissed for failure of appellant to perfect appeal.